No. 90–6611. SORENSEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6612. WARNER v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 90–6617. PRESTON, AKA SHABAZZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–6618. BENNETT, AKA RICHARDSON v. PARKER, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–6619. AGUILAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6621. CURRIE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6622. GOMES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6623. DANFORTH v. COHEN ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–6625. AYERS ET AL. v. PHILADELPHIA HOUSING AUTHORITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–6626. CUNNINGHAM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6629. PAYTON v. COWLEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–6630. WEDDLE v. SINGLETON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–6631. WALKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6632. MOORE v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–6635. JOHNSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.